# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5285

_____

CHRISTOPHER E. MORRIS,

   Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

   Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

January 16, 2019

PER CURIAM.

   The petition for writ of certiorari is denied on the merits.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher E. Morris, pro se, Petitioner.

Kenneth Steely, General Counsel, and Gayla Grant, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.